Bryan J. Freedman, Esq. (SBN: 151990)
Jesse A. Kaplan, Esq. (SBN: 255059)
Adam N. Pugatch, Esq. (SBN: 296556)
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile:  (310) 201-0045
E-mail: bfreedman@ftllp.com
E-mail: jkaplan@ftllp.com
E-mail: apugatch@ftllp.com

Attorneys for Plaintiff Eric Podwall

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PODWALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM "SMOKEY" ROBINSON, JR., an individual,<br><br>Defendant. | Case No.: 2:16-cv-06088-ODW (AGRx)<br><br>Hon. Otis D. Wright II<br><br>**FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**FIRST AMENDED COMPLAINT**

Plaintiff Eric Podwall ("Podwall" or "Plaintiff") alleges causes of action against defendant William "Smokey" Robinson, Jr. ("Robinson") as follows:

## INTRODUCTION

1. Defendant Smokey Robinson is well known to the public as the Motown legend behind such hits as *The Tracks of My Tears* and *The Tears of a Clown*. In 2012, Robinson signed a binding written agreement with Podwall, pursuant to which Podwall provided Robinson management services. In return, Robinson agreed to pay Podwall ten percent (10%) of all compensation Robinson received for Robinson's services rendered or created during the term of the agreement. Consistent with the agreement, Podwall provided Robinson with management services. Among other things, Podwall helped secure Robinson a recording agreement that resulted in Robinson's first hit record since the 1980s. In addition, Podwall was instrumental in closing an agreement to manage Robinson's performance royalties. Moreover, Robinson engaged in numerous performances, in particular live performances.

2. Despite these successes, and in blatant disregard of the express language of the agreement, Robinson has refused to pay Podwall commissions due and owing to him.

3. Through this action, Podwall seeks the payment of monies due and owing to him under his management agreement with Robinson.

## FACTS COMMON TO ALL CAUSES OF ACTION

4. Plaintiff Podwall is a resident of Los Angeles County, California.

5. On information and belief, Robinson was a resident of Los Angeles County, California.

6. A substantial portion of the wrongful conduct and omissions complained of herein occurred in the State of California and caused injury to a California resident.

///

### Robinson Agrees To Pay Podwall Ten Percent Of His Earnings

7. Podwall is a well-regarded talent and music manager with more than 20 years of experience in the music and entertainment industries. Podwall's clients range from young cutting edge performers to music industry legends.

8. Podwall first met Robinson in 2012. On or about September 10, 2012, Podwall and Robinson entered into a binding written agreement ("Management Agreement"), pursuant to which Robinson engaged Podwall as his personal manager. Per the express terms of the Management Agreement, and subject to a few narrow exceptions, Robinson agreed to pay Podwall ten percent (10%) of all "gross compensation derived from all products of [Robinson's] services initially rendered or created" during the term of the agreement. A true and correct copy of the Management Agreement is attached hereto as Exhibit 1 and incorporated by this reference.

9. The initial term of the Management Agreement was 18 months from the date of execution, followed by consecutive one-year extensions. The initial term of the Agreement concluded on March 10, 2014 and was automatically extended for another year on that date. Per the Management Agreement's express terms, it was most recently extended through at least March 10, 2016.

### Podwall Helps Revive Robinson's Career

10. Consistent with the Management Agreement, Podwall has diligently served as Robinson's manager, providing career advice, taking care of Robinson's business arrangements, and charting the course of Robinson's career.

11. Among other things, Podwall was instrumental in securing Robinson a recording agreement with Verve Records for an album of duets, and arranging for Robinson to record with a who's who of A-list artists, including Elton John, Steven Tyler, John Legend, Gary Barlow, James Taylor, JC Chasez, Aloe Blacc, and Miguel. That album, *Smokey & Friends* peaked at number two on the R&B charts and became the second best-selling record of Robinson's solo career.

12. In addition, Podwall presented Robinson with innovative methods to increase the profitability of his touring revenue.

13. Despite repeated demands that he do so, however, Robinson has refused to pay Podwall commissions from Robinson's touring, performing, or recording activities.

**Robinson's Failure to Pay Commissions from Performance Revenue**

14. Between approximately June 1, 2013, and March 2016, Robinson engaged in numerous performances, in particular live performances. These numerous performance engagements by Robinson occurred while Podwall was acting as Robinson's personal manager and/or during the term of the Management Agreement. Below is a chart that contains a non-exclusive list of some, though not necessarily all, of Robinson's live performances between approximately June 2013 and March 2016.[1] These are just examples:

| Date | City | Venue |
|---|---|---|
| 6/21/2013 | Toronto, ON | Star Stage |
| 6/22/2013 | Okmulgee, OK | Claude Cox Omniplex |
| 6/27/2013 | Saratoga, CA | The Mountain Winery |
| 6/29/2013 | Las Vegas. NV | Venetian Showroom |
| 7/12/2013 | Temecula, CA | Pechanga Resort & Casino |
| 7/17/2013 | Hammond, IN | Wolf Lake Memorial Park |
| 7/18/2013 | Sloan, IA | Winnavegas Casino |
| 7/20/2013 | San Ramon, CA | Dougherty Valler PAC |
| 7/21/2013 | Vacaville, CA | Vacaville PAC |
| 7/25/2013 | Coney Island, NY | Seaside Summer Concert Series |
| 7/26/2013 | Niagara Falls, NY | Seneca Niagara Casino |
| 8/22/2013 | Martha's Vineyard, MA | Tabernacle |
| 8/23/2013 | Baton Rouge, LA | L'Auberge Baton Rouge Casino |
| 8/24/2013 | Baton Rouge, LA | L'Auberge Baton Rouge Casino |

---

[1] The chart lists examples of Robison's live performances. The chart identifies the date of the live performance, and the city (where applicable) and venue name where the live performance occurred.

| | | | |
|---|---|---|---|
| 1 | 8/28/2013 | Grand Rapids, MI | Meijer Gardens Amphitheater |
| 2 | 8/29/2013 | Sterling Heights, MI | Freedom Hill Amphitheatre |
| 3 | 8/31/2013 | Carmel, IN | The Palladium |
| | 9/13/2013 | St. Louis, MO | Sheldon Arts Foundation |
| 4 | 9/15/2013 | Yonkers, NY | Yonkers Raceway |
| 5 | 9/19/2013 | Chicago, IL | Jones Convocation Center |
| | 9/28/2013 | Florence, IN | Belterra Resort & Casino |
| 6 | 10/11/2013 | Newark, NJ | NJ PAC - Prudential Hall |
| 7 | 10/18/2013 | Cerritos, CA | Cerritos PAC |
| | 10/19/2013 | Pasadena, CA | Pasadena Convention Center |
| 8 | 11/7/2013 | Highland, CA | San Manuel Indian Bingo & Casino |
| 9 | 11/9/2013 | Las Vegas, NV | The Eastside Cannery Casino |
| | 11/14/2013 | Regina, Canada | Regina Casino |
| 10 | 11/15/2013 | Regina, Canada | Regina Casino |
| 11 | 11/22/2013 | Durant, OK | Choctaw Events Center |
| 12 | 11/24/2013 | Lake Buena Vista, FL | Disney |
| 13 | 11/30/2013 | Laughlin, NV | Edgewater Casino Resort |
| | 12/14/2013 | Chica, IL | Arie Crown Theater |
| 14 | 12/27/2013 | Bethlehem, PA | Sands Bethlehem Event Center |
| 15 | 12/29/2013 | Tunica, MS | Harrah's |
| | 1/16/2014 | Windsor, ON | The Colosseum at Caesars Windsor |
| 16 | 2/15/2014 | Primm, NV | Buffalo Bill's Resort & Casino |
| 17 | 2/21/2014 | Tacoma, WA | Emerald Queen Casino |
| | 3/8/2014 | Phoenix, AZ | Arizona Grand Resort |
| 18 | 3/14/2014 | Anniston, AL | Anniston PAC |
| 19 | 3/15/2014 | West Palm Beach, FL | Kravis Center PAC |
| 20 | 3/16/2014 | Miami, FL | Adrienne Arsht PAC |
| 21 | 3/28/2014 | Newkirk, OK | First Council Casino |
| 22 | 3/31/2014 | Dallas, TX | Meyerson Symphony Center |
| | 5/16/2014 | Cabazon, CA | Morongo Casino Resort & Spa |
| 23 | 5/24/2014 | Atlantic City, NJ | Caesars |
| 24 | 6/4/2014 | Bethesda, MD | Music Center at Strathmore |
| 25 | 6/6/2014 | New York, NY | Beacon Theater |
| | 6/7/2014 | Mashantucket, CT | Foxwoods |
| 26 | 6/20/2014 | Del Mar, CA | San Diego County Fair |
| 27 | 6/21/2014 | Valley Center, CA | Harrah's Rincon |
| | 6/22/2014 | San Francisco, CA | Sigmund Stern Grove |
| 28 | 6/28/2014 | Tucson, AZ | Ava Amphitheater |

4

**FIRST AMENDED COMPLAINT**

| | Date | Location | Venue |
|---|---|---|---|
| | 6/29/2014 | Littleton, CO | The Hudson Gardens & Event Center |
| | 7/25/2014 | Niagara Fallas, ON | Seneca Niagara Casino |
| | 8/1/2014 | Rama, ON | Casino Rama |
| | 8/6/2014 | Albuquerque, NM | Sandia Resort & Casino |
| | 8/8/2014 | Toledo, OH | Hollywood Casino |
| | 8/9/2014 | Milwaukee, WI | Riverside Theater |
| | 8/16/2014 | Los Angeles, CA | Greek Theater |
| | 8/20/2014 | San Antonio, TX | Majestic Theater |
| | 8/22/2014 | Biloxi, MS | IP Casino Resort & Spa |
| | 8/23/2014 | Montgomery, AL | Alabama Shakespeare Festival Theatre |
| | 8/29/2014 | Willemstad, Curaco | North Sea Jazz Fest |
| | 9/6/2014 | Meadowlands, PA | Meadows Racetrack & Casino |
| | 9/20/2014 | Newport Beach, CA | Lido Theater |
| | 10/3/2014 | Waukegan, IL | Genesee Theater |
| | 10/4/2014 | Prior Lake, MN | Mystic Lake Casino |
| | 10/17/2014 | Temecula, CA | Pechanga Resort & Casino |
| | 10/18/2014 | Las Vegas, NV | The Eastside Cannery Casino |
| | 10/23/2014 | Virginia Beach, VA | Sandler Center |
| | 10/24/2014 | Morristown, NJ | Mayo PAC |
| | 10/25/2014 | Bethlehem, PA | Zoellner Arts Center |
| | 12/11/2014 | Brooklyn, NY | Barclays Theater |
| | 12/12/2014 | Baltimore, MD | The Lyric |
| | 12/13/2014 | King of Prussia, PA | Valley Forge Casino Resort |
| | 1/8/2015 | Niagara Fallas, ON | Fallsview Casino |
| | 1/9/2015 | Niagara Fallas, ON | Fallsview Casino |
| | 1/17/2015 | Indio, CA | Fanstas Springs Resort |
| | 2/11/2015 | Calgary, AB | Grey Eagle Resort |
| | 2/13/2015 | Richmond, BC | River Rock Casino |
| | 2/14/2015 | Portland, OR | Arlene Schnitzer Concert Hall |
| | 3/6/2015 | Tacoma, WA | Emerald Queen Casino |
| | 4/8/2015 | Austin, TX | Paramount Theater |
| | 4/10/2015 | Bossier City, LA | Riverdome |
| | 4/12/2015 | St. Petersburg, FL | Mahaffey Theater |
| | 4/14/2015 | Ft. Myers, FL | Barbara B. Mann PAC |
| | 4/16/2015 | Fayetteville, NC | Crown Theater |
| | 4/18/2015 | Columbus, OH | Ohio Theater |
| | 4/21/2015 | Cozumel, Mexico | Carnival Cruise Lines |
| | 4/22/2015 | Cozumel, Mexico | Carnival Cruise Lines |
| | 4/23/2015 | Cozumel, Mexico | Carnival Cruise Lines |
| | 5/16/2015 | Atlantic City, NJ | Caesars AC |

5

**FIRST AMENDED COMPLAINT**

| | | | |
|---|---|---|---|
| 1 | 5/29/2015 | New Buffalo, MI | Four Winds Casino Resort |
| 2 | 6/20/2015 | Quapaw, OK | Downstream Casino Resort |
|  | 6/27/2015 | Laytonville, CA | Black Oak Ranch |
| 3 | 7/2/2015 | Hollywood, CA | Hollywood Bowl |
| 4 | 7/3/2015 | Hollywood, CA | Hollywood Bowl |
|  | 7/4/2015 | Hollywood, CA | Hollywood Bowl |
| 5 | 7/9/2015 | Pittsburgh, PA | Heinz Hall |
| 6 | 7/11/2015 | Park City, UT | Snow Park Outdoor Amp |
|  | 7/25/2015 | Hollywood, FL | Seminole Hard Rock Casino |
| 7 | 9/3/2015 | Livermore, CA | Wente Vineyards |
| 8 | 9/4/2015 | Rohnert Park, CA | Sonoma State University |
|  | 9/18/2015 | Sahuarita, AZ | Desert Diamond Casino |
| 9 | 10/9/2015 | Bethlehem, PA | Sands Bethlehem Event Center |
| 10 | 10/10/2015 | Ridgefield, CT | The Ridgefield Playhouse |
| 11 | 10/11/2015 | Westbury, NY | Theater at Westbury |
|  | 11/13/2015 | Thackerville, OK | Winstar World Casino |
| 12 | 11/21/2015 | Alabama | The Alabama Theater |
| 13 | 12/6/2015 | St. Louis, MO | Peabody Opera House |
|  | 12/10/2015 | Nasvhille, TN | Schermerhorn Center |
| 14 | 12/11/2015 | Nasvhille, TN | Schermerhorn Center |
| 15 | 12/29/2015 | Telluride, CO | Sheridan Opera House |
|  | 1/16/2016 | Enoch, AB | River Cree Resort & Casino |
| 16 | 1/21/2016 | Tulsa, OK | Hard Rock Hotel & Casion |
| 17 | 1/23/2016 | Newkirk, OK | First Council Casino |
|  | 1/30/2016 | At sea | Soul Train Cruise |
| 18 | 2/13/2016 | Chandler, AZ | Wild Horse Pass Casino |
| 19 | 2/14/2016 | Chandler, AZ | Wild Horse Pass Casino |

15. Under the Management Agreement, Robinson was required to pay Podwall ten percent (10%) of all gross compensation that Robinson derived from Robinson's numerous performances that occurred (or were booked) between June 1, 2013, and the end of the Management Agreement's term. Despite Robinson's contractual obligation, Robison failed to pay Podwall the required ten percent (10%) commission on all of Robinson's gross compensation derived from Robinson's performances that occurred (or were booked) between June 1, 2013, and the end of the Management Agreement's term.

**Podwall Helps Negotiate A Royalty Agreement For Robinson**

16. When a song is publicly broadcast, the songwriter and publisher are entitled to receive income from the broadcasters. Such royalties are monitored, collected, and paid to artists by performing rights organizations ("PRO").

17. In 2014, Robinson's attorney John Mason was involved in negotiating an agreement with Global Music Rights ("GMR") for GMR to be Robinson's PRO and collect broadcast royalties on behalf of Robinson.

18. On information and belief, Mason flagrantly breached his fiduciary duties to Robinson in these negotiations by demanding that GMR pay $1 million to an entity run by Mason and Kerry Gordy (another of Mason's clients) in order to have access to Robinson's catalogue.

19. On information and belief, the proposed agreement between GMR and Robinson was on the verge of collapse as a result of Mason's self-interested demand.

20. Consequently, GMR reached out to Podwall for help, and Robinson requested that Podwall intervene and complete the negotiations with GMR on his behalf. Podwall then successfully closed the GMR deal on terms even more favorable to Robinson than had previously been offered.

21. Despite repeated demands that he do so, however, Robinson has refused to pay Podwall any commissions from the GMR deal.

**Robinson Wrongly Tries To Terminate The Management Agreement**

22. In January 2016, Podwall received a letter from Robinson dated December 18, 2015, which purported to terminate the Management Agreement ("Purported Termination Letter").

## FIRST CAUSE OF ACTION
### (Breach of Contract Against Robinson)

23. Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 22 as though fully set forth herein.

24. In 2012, Podwall and Robinson entered into the Management Agreement, pursuant which Robinson agreed to pay Podwall ten percent (10%) of all gross compensation derived from all products of Robinson's services rendered or created by Robinson during the term of the Management Agreement, including without limitation all recording agreements, live performances, and the GMR deal (and other copyright royalties resulting from the exploitation of Robinson's music).

25. Podwall has performed all conditions, covenants, and promises required to be performed on his part in accordance with the terms and conditions of the Management Agreement.

26. On information and belief, since entering into the Management Agreement, Robinson has received compensation from, among other things, his recording, performing, and touring activities as well as from the GMR deal (and other copyright royalties resulting from the exploitation of Robinson's music).

27. Robinson has breached the Management Agreement by failing and refusing to pay commissions due and owing to Podwall from Robinson's income described above. In particular, Robinson has failed to pay Podwall ten percent (10%) of all gross compensation that Robinson derived from Robinson's numerous performances/touring, his recording, and the GMR deal (and other copyright royalties resulting from the exploitation of Robinson's music).[2]

28. As a direct, proximate and foreseeable consequence of the breach of the Management Agreement by Robinson, Podwall has suffered damages, and will continue to suffer damages in excess of the minimum jurisdictional amount, according to proof at trial.

///

---

[2] For the avoidance of doubt, Podwall does not seek to recover commissions in connection with Robinson's BBC Hyde Park Performance or Robinson's performance on The Voice. There was also a certain Peoria Concert and a certain CSAAC Concert that never occurred. For the avoidance of doubt, Podwall is not seeking commissions in connection with those two concerts that never occurred.

## SECOND CAUSE OF ACTION
### (Quantum Meruit Against Robinson)

29. Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 28 as though fully set forth herein.

30. As alleged hereinabove, Podwall provided management services to Robinson.

31. Robinson accepted, used and enjoyed, and is and continuing to use and enjoy, the benefits of Podwall's management services.

32. The fair and reasonable value of the management services provided by Podwall to Robinson is equal to no less than ten percent (10%) of the gross earnings derived by Robinson for all entertainment industry engagements during the relevant period, including without limitation, gross compensation that Robinson derived from Robinson's numerous performances/touring, his recording, and the GMR deal (and other copyright royalties resulting from the exploitation of Robinson's music).

33. Podwall has made demand on Robinson for payment of the reasonable value of his management services provided. Robinson, however, has failed and refused to make payment to Podwall as demanded.

## FOURTH CAUSE OF ACTION
### (Accounting Against Robinson)

34. Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 33 as though fully set forth herein.

35. As alleged hereinabove, Podwall provided management services to Robinson pursuant to the Management Agreement.

36. Pursuant to the Management Agreement, Podwall is entitled to a ten percent (10%) commission on all income that Robinson receives from Robinson's services and creations.

37. On information and belief, Robinson has received monies that are

commissionable under the terms of the Management Agreement, but for which Robinson has not accounted to Podwall.

38. Podwall hereby demands an accounting of all amounts of income that Robinson received from the foregoing sources so that Podwall can determine the amount of commissions that Robinson owes Podwall.

WHEREFORE, Plaintiff prays for judgment against Robinson as follows:

On Plaintiff's First Cause of Action for Breach of Written Contract:

1. For compensatory damages according to proof at trial.
2. For consequential damages according to proof at trial.

On Plaintiff's Second Cause of Action for Quantum Meruit:

1. For compensatory damages according to proof at trial.

On Plaintiff's Third Cause of Action for Accounting:

1. For an accounting of all sums due from Robinson to Podwall pursuant to the Management Agreement.

On All Causes of Action:

1. For prejudgment interest on the damages;
2. For costs of suit incurred herein; and
3. For such other and further relief as the Court may deem just and proper.

Dated: December 11, 2018                     FREEDMAN + TAITELMAN, LLP

By: _____/s/_____
Bryan J. Freedman
Jesse A. Kaplan
Adam N. Pugatch
Attorneys for Plaintiff Eric Podwall

## DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a trial by jury for all issues so triable in this action.

Dated: December 11, 2018

FREEDMAN + TAITELMAN, LLP

By: _____/s/_____
Bryan J. Freedman
Jesse A. Kaplan
Adam N. Pugatch
Attorneys for Plaintiff Eric Podwall