Bryan J. Freedman, Esq. (SBN 151990)
Jesse A. Kaplan, Esq. (SBN 255059)
Adam N. Pugatch, Esq. (SBN 293556)
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
E-mail: bfreedman@ftllp.com
        jkaplan@ftllp.com
        apugatch@ftllp.com

Attorneys for Plaintiff Eric Podwall

Alexander (Sasha) Frid, Esq. (SBN 216800)
Miller Barondess LLP
1999 Ave of the Stars, Suite 1000
Los Angeles, California 90067
Email: sfrid@millerbarondess.com

Attorneys for Defendant William "Smokey" Robinson, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PODWALL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM "SMOKEY" ROBINSON, JR., an individual,<br><br>Defendant. | Case No.: 2:16-cv-06088-ODW-AGR<br><br>[Hon. Otis D. Wright II]<br><br>**JOINT REPORT RE: STATUS OF PROCEEDINGS BEFORE THE LABOR COMMISSIONER** |

Plaintiff Eric Podwall ("Podwall") and Defendant William "Smokey" Robinson, Jr. ("Robinson") respectfully submit the following Joint Report concerning the status of the proceedings before the California Labor Commissioner.

On November 26, 2019, Robinson filed a Petition to Determine Controversy (the "Petition") before the California Labor Commissioner pursuant to this Honorable Court's Order Denying Defendant's Motion for Summary Judgment Without Prejudice and Staying Case [Doc. 124].

Podwall filed an Answer to the Petition on December 26, 2019. Thereafter, the Petition was assigned to Hearing Officer Patricia Salazar, Esq., who previously presided over the parties in connection with the prior Labor Commissioner proceeding.

The Labor Commissioner has set an evidentiary hearing for March 18, 2021.

Dated: January 21, 2021                FREEDMAN + TAITELMAN, LLP

                                       By: */s/ Jesse Kaplan*
                                       Jesse Kaplan
                                       Attorney for Plaintiff Eric Podwall


Dated: January 21, 2021                MILLER BARONDESS LLP

                                       By: */s/ Alexander Frid*
                                       Alexander (Sasha) Frid
                                       Attorney for Defendant
                                       William "Smokey" Robinson, Jr.

**ATTESTATION OF SIGNATURE**

I, Jesse Kaplan, am the ECF User whose ID and Password were used to electronically file this Stipulation. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

Dated: January 21, 2021                FREEDMAN + TAITELMAN, LLP

                                       By: /s/ *Jesse Kaplan*
                                       Jesse Kaplan
                                       Attorney for Plaintiff Eric Podwall

**CERTIFICATE OF SERVICE**

I certify pursuant to 28 U.S.C. § 1746 that on June 9, 2020, I served the foregoing document on all counsel of record via the Court's CM/ECF filing system.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 21, 2021                           FREEDMAN + TAITELMAN, LLP

                                                  By: */s/ Jesse Kaplan*
                                                  Jesse Kaplan
                                                  Attorney for Plaintiff Eric Podwall