Bryan J. Freedman, Esq. (SBN 151990)
Jesse A. Kaplan, Esq. (SBN 255059)
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
E-mail: bfreedman@ftllp.com
E-mail: jkaplan@ftllp.com

Attorneys for Plaintiff Eric Podwall

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PODWALL, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM "SMOKEY" ROBINSON, JR., an individual,<br><br>    Defendant. | Case No.: 2:16-cv-06088-ODW (AJWx)<br><br>**AMENDED JOINT WITNESS LIST**<br><br>Date: July 31, 2023<br>Time: 1:30 p.m<br>Room: Courtroom 5D |

I.      **PLAINTIFF'S WITNESSES**

| 1. | Witness Name, Address and Telephone Number | Eric Podwall To be contacted through counsel. |
|---|---|---|
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 3-5 hours |
| | **Time Estimate (Cross)** | 3-5 hours |
| | **Summary of Expected Testimony** | Podwall is a personal manager. He will testify about his background, his personal management business and what he does professionally. He will testify about Robinson hiring him as a personal manager, and the negotiation and formation of the written Agreement at issue. He will testify about the role of personal managers. He will testify about his performance as a personal manager under the Agreement and the reasonable value of those services. He will testify about his non-payment under the Agreement. He will also testify about his various communications with Robinson's about Robinson's non-payment and breaches. He will also testify about Robinson's termination of the Agreement in question. If necessary, he will authenticate and lay the |

| | | |
|---|---|---|
| 1 | | foundation for certain documents. |
| 2. | **Witness Name, Address and Telephone Number** | William "Smokey" Robinson, Jr. To be contacted through counsel. |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 2-4 hours |
| | **Time Estimate (Cross)** | 2-4 hours |
| | **Summary of Expected Testimony** | Robinson is an artist. He will testify about hiring Podwall and the negotiation and formation of the written Agreement at issue. He will testify about his live performances at issue. He will also testify about the role of personal managers. He will testify about his payment and non-payment under the Agreement. He will also testify about a legal dispute with his ex-wife that ostensibly created financial stress. If necessary, he will testify about the role of Jan Stern, his bookkeeper. He will testify about the Verve Records deal and the payments he received from Verve |
| 3. | **Witness Name, Address and Telephone Number** | Paul George To be contacted through counsel. |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 1-3 |
| | **Time Estimate (Cross)** | 1-3 hours |

| | | |
|---|---|---|
| | **Summary of Expected Testimony** | Paul George worked in Podwall's office and helped provide personal management services to Robinson. He will testify about Podwall's performance as a personal manager under the Agreement and the reasonable value of those services. He will testify about the role of personal managers. If necessary, he will also authenticate and lay a foundation for certain business records. |
| 4. | **Witness Name, Address and Telephone Number** | Brian French<br>11613 Otsego St., Valley Village, CA 91601 |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 1-2 hours |
| | **Time Estimate (Cross)** | 2-3 hours |
| | **Summary of Expected Testimony** | Brian French is one of Robinson's business associates. French introduced Robinson to Podwall. French also attended the meetings where Podwall and Robinson met and where Podwall and Robinson signed the Agreement at issue. French will testify about those meetings. French also negotiated the Agreement on Robinson's behalf and communicated with Robinson about those negotiations. French will testify |

| | | | |
|---|---|---|---|
| | | | about the discussions with Podwall and Robinson about the negotiation of the Agreement. |
| 5. | Witness Name, Address and Telephone Number | | Tom Wulff*<br>131 S. Rodeo Sr., Suite 200, Beverly Hills, CA 90210 |
| | In-Person/Deposition | | In-Person |
| | Time Estimate (Direct) | | 15-30 minutes |
| | Time Estimate (Cross) | | 15-30 minutes |
| | Summary of Expected Testimony | | Tom Wulff is a Client Accounting Manager at WME.  If necessary, Wulff will lay the foundation for, authenticate and explain a certain business record(s) that reflect that WME booked the live performances at issue, what Robinson was paid and WME's commission from those performances.  If necessary, he will also explain WME's systems that generated such business record(s). |
| 6. | Witness Name, Address and Telephone Number | | Lex Conboy*<br>Universal Music Group<br>2220 Colorado Avenue<br>Santa Monica, CA 90404 |
| | In-Person/Deposition | | In-Person |
| | Time Estimate (Direct) | | 15-30 minutes |
| | Time Estimate (Cross) | | 15-30 minutes |

| | | |
|---|---|---|
| | **Summary of Expected Testimony** | Lex Conboy works for Universal Music Group ("UMG") which owns Verve Records. If necessary, Conboy will lay the foundation for, authenticate and explain certain business records created and/or maintained by UMG that demonstrate that in approximately September 2014, Robinson was paid a $20,000 advance from Verve Records in connection a recording agreement dated March 2013. Specifically, Conboy will authenticate and explain the recording agreement and the record company's Royalty Statement Summaries for the period ending December 31, 2014. |
| 7. | **Witness Name, Address and Telephone Number** | Jan Stern<br>1328 West Van Buren<br>Las Vegas, NV 89106 |
| | **In-Person/Deposition** | Deposition |
| | **Time Estimate (Direct)** | N/A |
| | **Time Estimate (Cross)** | N/A |
| | **Summary of Expected Testimony** | Jan Stern was Robinson's longtime bookkeeper. Stern created and maintained Robinson's financial ledgers for Robinson, including during |

| | | |
|---|---|---|
| | | the relevant period of 2013 through 2016. Stern's testimony will identify each of Robinson's live performances at issue and Robinson's gross earnings from each of those performances. Stern personally deposited checks in Robinson's bank account paying Robinson from each of the live performances at issue. Likewise, Stern personally accessed Robinson's online bank account to verify wire transfer payments to Robinson for each of the Robinson live performances at issue. If necessary, Stern authenticated and created a foundation for Robinson's financial ledgers which she created and maintained. Her testimony will also explain the information contained in those ledgers. Stern also discusses the role of WME, and WME's booking of the performances in question. She also testified about her interactions with WME. |
| 8. | Witness Name, Address and Telephone Number | Courtney Barnes |
| | In-Person/Deposition | In-person |
| | Time Estimate (Direct) | 1 hour |

| | | |
|---|---|---|
| | **Time Estimate (Cross)** | 1 hour<br><br>**This time estimate is not intended to, and does not, constitute a waiver of Defendant's objection to Plaintiff calling Mr. Barnes as a witness. He was not disclosed on Plaintiff's Rule 26 disclosures. |
| | **Summary of Expected Testimony** | Courtney Barnes worked as Robinson's publicist during the relevant time period. He will testify about Podwall's performance as a personal manager. |

## II. DEFENDANT'S WITNESSES

| | | |
|---|---|---|
| 1. | **Witness Name, Address and Telephone Number** | William "Smokey" Robinson, Jr. To be contacted through counsel. |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 2-3 hours (to the extent Defendant needs to call Robinson in its case in chief) |
| | **Time Estimate (Cross)** | 2-4 hours (to the extent not fully covered in Plaintiff's case in chief) |
| | **Summary of Expected Testimony** | Robinson will briefly summarize his career, particularly his live |

performance business leading up to 2012 when Podwall became Robinson's film and tv manager. Robinson will testify that he hired Podwall to only be his film and tv manager and that Podwall would be entitled to collect commissions only for those film and tv projects that he brought to Robinson.  Robinson will testify about his discussions with Podwall about those contract terms. He will testify that he told Podwall, and Podwall agreed, that Podwall would not be entitled to collect commissions on Robinson's live performances, except for only those performances that Podwall brought to Robinson.  Robinson will testify that Podwall tried to collect commissions on live performances after the contract was signed, and Robinson rejected this attempt and Podwall dropped the issue. Robinson will testify that Podwall did not bring him film or tv projects. Robinson will testify that he fired Podwall in late 2015.  Robinson will testify that he paid Podwall what he was owed.

| | | |
|---|---|---|
| 2. | **Witness Name, Address and Telephone Number** | Earl Bryant<br>21026 Sandpiper St., Walnut, CA 91789 |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 1-2 hours |
| | **Time Estimate (Cross)** | 1-1.5 hour(s) |
| | **Summary of Expected Testimony** | Bryant will testify about his role as Robinson's tour manager. He will explain what he did for Robinson's tours, concerts and other live performances. Bryant will testify that Podwall and his company had basically no role in connection with the live performances that he is seeking to commission. |
| 3. | **Witness Name, Address and Telephone Number** | Brian French<br>11613 Otsego St., Valley Village, CA 91601 |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 2-3 hours (to the extent not fully covered in Plaintiff's case in chief) |
| | **Time Estimate (Cross)** | 1-2 hours to the extend not covered in Plaintiff's case in chief |

| | **Summary of Expected Testimony** | French will testify about his role as Robinson's production manager for live performances.  French will also testify about the discussions with Podwall and Robinson leading up to the signing of the management contract.  French will testify about the terms of that management relationship.  French will also testify about how Podwall had basically no role in connection with the live performances that he is seeking to commission. |
|---|---|---|
| 4. | **Witness Name, Address and Telephone Number** | Robert Heller<br>8787 Shorham Dr., #603, West Hollywood, CA 90069 |
| | **In-Person/Deposition** | In-Person |
| | **Time Estimate (Direct)** | 2 hours |
| | **Time Estimate (Cross)** | 1 hour |
| | **Summary of Expected Testimony** | Heller will testify about his role as Robinson's talent agent.  Heller will testify that Podwall was brought on to be Robinson's film and tv manager.  Heller will testify that Podwall had basically no role in connection with the live performances that he is seeking to commission.  Heller will testify about what Podwall and his company did for Robinson during his tenure as the |

| | | film/tv manager. |

Dated: July 10, 2023        FREEDMAN + TAITELMAN, LLP

By:    /s/ Jesse A. Kaplan
Jesse A. Kaplan
Attorneys for ERIC PODWALL

Dated: July 10, 2023        MILLER BARONDESS LLP

By:    /s/ David W. Schecter
David W. Schecter
Attorneys for WILLIAM "SMOKEY" ROBINSON, JR.