Bryan J. Freedman, Esq. (SBN 151990)
Jesse A. Kaplan, Esq. (SBN 255059)
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045
E-mail: bfreedman@ftllp.com
E-mail: jkaplan@ftllp.com

Attorneys for Plaintiff Eric Podwall

Alexander (Sasha) Frid, Esq. (SBN 216800)
David W. Schecter (State Bar No. 296251)
Miller Barondess LLP
1999 Ave of the Stars, Suite 1000
Los Angeles, California 90067
E-mail: sfrid@millerbarondess.com
E-mail: dschecter@millerbarondess.com

Attorneys for Defendant William "Smokey" Robinson, Jr.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PODWALL, an individual,<br><br>      Plaintiff,<br><br>    vs.<br><br>WILLIAM "SMOKEY" ROBINSON, JR., an individual,<br><br>      Defendant. | Case No.: 2:16-cv-06088-ODW (AJWx)<br><br>Hon. Otis D. Wright II<br><br>**NOTICE OF LODGING OF [PROPOSED] AMENDED FINAL PRETRIAL CONFERENCE ORDER**<br><br>Trial Date: August 8, 2023<br>Time: 9:00 a.m.<br>Judge: Hon. Otis D. Wright II<br>Courtroom: 5D |

1   NOTICE IS HEREBY GIVEN that Plaintiff Eric Podwall and Defendant
2   William "Smokey" Robinson, Jr. hereby lodging the attached [Proposed] Final
3   Pretrial Conference Order.

4   Dated: July 24, 2022           FREEDMAN + TAITELMAN, LLP

7                                  By:  ___/s/ Jesse A. Kaplan___
8                                       Jesse A. Kaplan
                                        Attorneys for ERIC PODWALL

10  Dated: July 24, 2022           MILLER BARONDESS, LLP

13                                 By:  ___/s/ A. Sasha Frid___
14                                      A. Sasha Frid
                                        Attorneys for WILLIAM "SMOKEY"
15                                      ROBINSON, JR

# **SIGNATURE ATTESTATION**

Pursuant to Local Civil Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.

/s/ Jesse A. Kaplan
Jesse A. Kaplan