Bryan J. Freedman, Esq. (SBN 151990)
Jesse A. Kaplan, Esq. (SBN 255059)
FREEDMAN + TAITELMAN, LLP
1801 Century Park West, 5th Floor
Los Angeles, California 90067
Telephone:  (310) 201-0005
Facsimile:   (310) 201-0045
E-mail: bfreedman@ftllp.com
E-mail: jkaplan@ftllp.com

Attorneys for Plaintiff Eric Podwall

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC PODWALL, an individual,<br><br>            Plaintiff,<br><br>       vs.<br><br>WILLIAM "SMOKEY" ROBINSON, JR., an individual,<br><br>            Defendant. | Case No.: 2:16-cv-06088-ODW (AJWx)<br><br>Hon. Otis D. Wright II<br><br>**AGREED UPON [PROPOSED] VERDICT FORM**<br><br><br>Trial Date:  August 8, 2023<br>Time:  9:00 a.m.<br>Judge:   Hon. Otis D. Wright II<br>Courtroom:  5D |

        Plaintiff Eric Podwall and Defendant William "Smokey" Robinson, Jr.

hereby respectfully submit the following Agreed Upon [Proposed] Verdict Form:

## **Breach of Contract**

We answer the questions submitted to us as follows:

1.      Did Plaintiff and Defendant enter into a contract?[1]

        ____ Yes      ____ No


        [If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, and move on to the Quantum Meruit questions below.]


2.      Did Plaintiff do all, or substantially all, of the significant things that the contract required him to do?

        ____ Yes      ____ No


        [If your answer to question 2 is yes, skip question 3 and answer question 4. If you answered no, answer question 3 below.]


3.      Was Plaintiff excused from having to do all, or substantially all, of the significant things that the contract required him to do?

        ____ Yes      ____ No


        [If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, and move on to the Quantum Meruit questions below.]

---

[1]     Defendant objects to verdict question #1.  Defendant proposes the following: Did Plaintiff and Defendant enter into a contract by which Plaintiff would receive 10 percent (10%) commission on Defendant's touring?

AGREED UPON [PROPOSED] VERDICT FORM

4.     Did Defendant fail to do something that the contract required him to do?

____ Yes      ____ No

[If your answer to question 4 is yes, then answer question 5.  If your answer to question 4 is no, stop here, and move on to the Quantum Meruit questions below.]

5.     Was Plaintiff harmed by Defendant's breach of contract?

____ Yes      ____ No

[If your answer to question 5 is yes, then answer question 6.  If you answered no, stop here, and move on to the Quantum Meruit questions below.]

Affirmative Defense – Unilateral Mistake

6.     Before Defendant signed the Contract, was Defendant mistaken about whether the contract had been changed to state that Plaintiff would not be entitled to collect commissions on Defendant's live performances that Plaintiff did not procure or otherwise generate for Defendant?

____ Yes      ____ No

[If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, and move on to question 10 below.]

AGREED UPON [PROPOSED] VERDICT FORM

7.     Did Plaintiff know that Defendant was mistaken and used that mistake to take advantage of him?

_____ Yes       _____ No

[If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, and move on to question 10 below.]

8.     Was Defendant's mistake caused by his excessive carelessness?

_____ Yes       _____ No

[If your answer to question 8 is no, then answer question 9. If you answered yes, stop here, and move on to question 10 below.]

9.     Would Defendant have agreed to enter into the contract if he had known about the mistake?

_____ Yes       _____ No

[If your answer to question 9 is yes, then answer question 10.   If you answered no, stop here, and move on to the Quantum Meruit questions below.]

AGREED UPON [PROPOSED] VERDICT FORM

Affirmative Defense – Fraud

10.     Did Plaintiff represent that he had changed the written contract before it was signed so that the contract would state that Plaintiff would not be entitled to collect commissions on Defendant's live performances that Plaintiff did not procure or otherwise generate for Defendant?

      \_\_\_\_ Yes      \_\_\_\_ No

      [If your answer to question 10 is yes, then answer question 11. If you answered no, stop here, and move on to question 15 below.]

11.     Did Plaintiff know that his representation was not true?

      \_\_\_\_ Yes      \_\_\_\_ No

      [If your answer to question 11 is yes, then answer question 12. If you answered no, stop here, and move on to question 15 below.]

12.     Did Plaintiff make the representation to persuade Defendant to agree to the contract?

      \_\_\_\_ Yes      \_\_\_\_ No

      [If your answer to question 12 is yes, then answer question 13. If you answered no, stop here, and move on to question 15 below.]

13.     Did Defendant reasonably rely on Plaintiff's representation?

_____ Yes      _____ No

[If your answer to question 13 is yes, then answer question 14. If you answered no, stop here, and move on to question 15 below.]

14.     Would Defendant have agreed to enter into the contract if he had known that the representation was not true?

_____ Yes      _____ No

[If your answer to question 14 is yes, then answer question 15.  If you answered no, stop here, and move on to the Quantum Meruit questions below.]

Affirmative Defense – Unclean Hands[2]

_____15.     Did Plaintiff defraud Defendant by falsely representing to Defendant that Plaintiff had changed the written contract before it was signed so that the contract would state that Plaintiff would not be entitled to collect commissions on Defendant's live performances that Plaintiff did not procure or otherwise generate for Defendant?

_____ Yes      _____ No

[If your answer to question 15 is yes, then answer question 16. If you answered no, stop here, and move on to question 15 below.]

---

[2]      "Defendant objects to the unclean hands portion of Plaintiff's verdict form as this version treats unclean hands as synonymous with fraud, but it is not. Defendant proposes that the verdict form track the elements as set forth in Defendant's proposed jury instruction."

AGREED UPON [PROPOSED] VERDICT FORM

16.   Did Plaintiff's misconduct fraud directly relate to the formation of the agreement between Plaintiff and Defendant?

        ____ Yes      ____ No

        [If your answer to question 16 is yes, then answer question 17. If you answered no, stop here, and move on to question 18 below.]

17.   Was Defendant injured as a result of Plaintiff's fraud?

        ____ Yes      ____ No

        [If your answer to question 17 is no, then answer question 18.   If you answered yes, stop here, and move on to the Quantum Meruit questions below.]

Affirmative Defense – Novation

18.   Did Plaintiff and Defendant agree, by words or conduct, to cancel the original contract and to substitute a new contract in its place?

        ____ Yes      ____ No

        [If your answer to question 18 is no, then answer question 19.   If you answered yes, stop here, and move on to the Quantum Meruit questions below.]

AGREED UPON [PROPOSED] VERDICT FORM

<u>Affirmative Defense – Accord and Satisfaction</u>

19.    Was there a bona fide dispute between the parties concerning whether Defendant owed Plaintiff commissions on Defendant's live performances that Plaintiff did not procure or otherwise generate for Defendant?

_____ Yes      _____ No

[If your answer to question 19 is yes, then answer question 20. If you answered no, stop here, and move on to question 22 below.]

20.    Did Defendant make it clear that Plaintiff's acceptance of what Defendant paid Plaintiff was subject to the condition that it was to be in full satisfaction of the Plaintiff's disputed claim?

_____ Yes      _____ No

[If your answer to question 20 is yes, then answer question 21. If you answered no, stop here, and move on to question 22 below.]

21.    Did Plaintiff clearly understand when accepting what was paid that Defendant intended such payment to constitute payment in full of the particular disputed claim in issue?

_____ Yes      _____ No

[If your answer to question 21 is no, then answer question 22.  If you answered yes, stop here, and move on to the Quantum Meruit questions below.]

AGREED UPON [PROPOSED] VERDICT FORM

Affirmative Defense – Waiver

22.   Did Plaintiff freely and knowingly give up his right to have Defendant perform his contractual obligation to pay Plaintiff commissions on Defendant's live performances?

_____ Yes      _____ No

[If your answer to question 22 is no, then answer question 23.   If you answered yes, stop here, and move on to the Quantum Meruit questions below.]

Affirmative Defense – Estoppel

23.   Did Plaintiff engage in conduct that was intended to cause Defendant to believe that he would not be required to pay commissions on live performances that Plaintiff did not procure or otherwise generate for Defendant?

_____Yes      _____ No

[If your answer to question 23 is yes, then answer question 24. If you answered no, stop here, and move on to question 25 below.]

24.   Did Defendant know that Plaintiff intended to preserve his right to collect commissions on Robinson's live performances?

_____Yes      _____ No

[If your answer to question 24 is no, then answer question 25. If you answered yes, stop here, and move on to question 26 below.]

AGREED UPON [PROPOSED] VERDICT FORM

25.    Did Defendant rely upon Plaintiff's conduct to his injury?

_____Yes     _____ No

[If your answer to question 25 is no, then answer question 26.  If you answered yes, stop here, and move on to the Quantum Meruit questions below.]

Plaintiff's Breach of Contract Damages

26.    What are Plaintiff's damages?

$ _____.

[If you answered question 26, stop here, do not answer any of the Quantum Meruit questions, and have the presiding juror sign and date this form.]

Signed: _____

Presiding Juror

Dated: _____

AGREED UPON [PROPOSED] VERDICT FORM

**<u>Quantum Meruit</u>**

We answer the questions submitted to us as follows:

1.      Did Defendant request, by words or conduct, that Plaintiff perform services for the benefit of Defendant?

_____Yes _____ No


[If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.]


2.      Did Plaintiff perform the services as requested by Defendant?

_____Yes _____ No

[If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.]

3.      Has Defendant paid Plaintiff for all of the services that Plaintiff provided to Defendant?

_____Yes _____ No


[If your answer to question 3 is no, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.]

AGREED UPON [PROPOSED] VERDICT FORM

<u>Affirmative Defense – Waiver</u>

4.     Did Plaintiff freely and knowingly give up his right to have Defendant pay Plaintiff commissions on Defendant's live performances?

_____Yes        _____ No

[If your answer to question 4 is no, then answer question 5.  If you answered yes, stop here, and move on to then answer question 9 below.]

<u>Affirmative Defense – Estoppel</u>

5.     Did Plaintiff engage in conduct that was intended to cause Defendant to believe that he would not be required to pay commissions on live performances that Plaintiff did not procure or otherwise generate for Defendant?

_____Yes        _____ No

[If your answer to question 5 is yes, then answer question 6.  If you answered no, stop here, and move on to question 8 below.]

6.     Did Defendant know that Plaintiff intended to preserve his right to collect commissions on Robinson's live performances?

_____Yes        _____ No

[If your answer to question 6 is no, then answer question 7.  If you answered yes, stop here, and move on to question 8 below.]

AGREED UPON [PROPOSED] VERDICT FORM

7.     Did Defendant rely upon Plaintiff's conduct to his injury.

       ____Yes     _____ No

       [If your answer to question 7 is no, then answer question 8.  If your answer to question 7 is yes, then answer question 9.]

8.     The reasonable value of the services provided by Plaintiff to Defendant was $_____.

       [If you answered question 8, stop here, answer no further questions, and have the presiding juror sign and date this form.]

9.     The reasonable value of the services provided by Plaintiff to Defendant excluding commissions on all of Defendant's live performances was $_____.

Signed: _____

Presiding Juror

Dated: _____

AGREED UPON [PROPOSED] VERDICT FORM