UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 16-06088-ODW(AGRx) |
| Title: | Eric Podwall v. William Smokey Robinson, Jr. |
| Date | August 11, 2023 |

Present: The Honorable  OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE

| Sheila English | Miranda Algorri |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jesse A Kaplan / Bryan J Freedman | Alexander Frid/ David W. Schecter |

____ Day Court Trial    3rd Day Jury Trial

____ One day trial:  ____ Begun (1st day);  X  Held & Continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by  plaintiff/ defense counsel

X  Witnesses called, sworn and testified.  ____ Exhibits Identified  ____ Exhibits admitted.

X  Plaintiff(s) rest.   X  Defendant(s) rest.

X  Closing arguments made by   X  plaintiff(s)  ____ defendant(s).   X  Court instructs jury.

X  Bailiff(s) sworn.   X  Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of  ____ plaintiff(s)  ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.

____ Judgment by Court for _____  ____ plaintiff(s)  ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by  ____ plaintiff(s)  ____ defendant(s).

____ Case submitted.   ____ Briefs to be filed by _____

____ Motion to dismiss by _____ is  ____ granted.  ____ denied.  ____ submitted.

____ Motion for mistrial by _____ is  ____ granted.  ____ denied.  ____ submitted.

____ Motion for Judgment/Directed Verdict by _____ is  ____ granted.  ____ denied.  ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to  August 14, 2023 @ 10am  for further trial/further jury deliberation.

____ Other:

10 : 00
Se