FILED
CLERK, U.S. DISTRICT COURT
8/14/23
CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Podwall,<br><br>            Plaintiff,<br><br>    v.<br><br>William Smokey Robinson, Jr.,<br><br>            Defendant. | Case No. CV 16-06088-ODW (AGRx)<br><br>JURY VERDICT |

## Breach of Contract

We answer the questions submitted to us as follows:

1. Did Plaintiff and Defendant enter into a contract?

    _X_ Yes   ____ No

    [If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, and have the presiding juror sign and date this form.]

2. Did Plaintiff do all, or substantially all, of the significant things that the contract required him to do?

    _X_ Yes   ____ No

    [If your answer to question 2 is yes, skip question 3 and answer question 4. If you answered no, answer question 3 below.]

3. Was Plaintiff excused from having to do all, or substantially all, of the significant things that the contract required him to do?

    ____ Yes   ____ No

    [If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, and have the presiding juror sign and date this form.]

1
VERDICT FORM

4. Did Defendant fail to do something that the contract required him to do?

   X̶ Yes   ___ No

   [If your answer to question 4 is yes, then answer question 5. If your answer to question 4 is no, stop here, and have the presiding juror sign and date this form.]

5. Was Plaintiff harmed by Defendant's breach of contract?

   X̶ Yes   ___ No

   [If your answer to question 5 is yes, then answer question 6. If you answered no, stop here, and have the presiding juror sign and date this form.]

<u>Affirmative Defense – Unilateral Mistake</u>

6. Before Defendant signed the contract, was Defendant mistaken about whether the contract had been changed to state that Plaintiff would not be entitled to collect commissions on Defendant's live performances that Plaintiff did not procure or otherwise generate for Defendant?

   X̶ Yes   ___ No

   [If your answer to question 6 is yes, then answer question 7. If you answered no, stop here, and move on to question 10 below.]

7. Did Plaintiff know that Defendant was mistaken and used that mistake to take advantage of him?

\_\_\_\_ Yes    _X_ No

[If your answer to question 7 is yes, then answer question 8. If you answered no, stop here, and move on to question 10 below.]

8. Was Defendant's mistake caused by his excessive carelessness?

\_\_\_\_ Yes    \_\_\_\_ No

[If your answer to question 8 is no, then answer question 9. If you answered yes, stop here, and move on to question 10 below.]

9. Would Defendant have agreed to enter into the contract if he had known about the mistake?

\_\_\_\_ Yes    \_\_\_\_ No

[If your answer to question 9 is yes, then answer question 10. If you answered no, stop here, and have the presiding juror sign and date this form.]

3
VERDICT FORM

Affirmative Defense – Waiver

10. Did Plaintiff freely and knowingly give up his right to have Defendant perform his contractual obligation to pay Plaintiff commissions on Defendant's live performances?

____ Yes   ✗ No

[If your answer to question 10 is no, then answer question 11. If you answered yes, stop here.]

Affirmative Defense – Estoppel

11. Did Plaintiff engage in conduct that was intended to cause Defendant to believe that he would not be required to pay commissions on live performances that Plaintiff did not procure or otherwise generate for Defendant?

✗ Yes   ____ No

[If your answer to question 11 is yes, then answer question 12. If you answered no, stop here, and move on to question 14 below.]

12. Did Defendant know that Plaintiff intended to preserve his right to collect commissions on Robinson's live performances?

✗ Yes   ____ No

[If your answer to question 12 is no, then answer question 13. If you answered yes, stop here, and move on to question 14 below.]

4
VERDICT FORM

13. Did Defendant rely upon Plaintiff's conduct to his injury?

____ Yes  ____ No

[If your answer to question 13 is no, then answer question 14. If you answered yes, stop here, and have the presiding juror sign and date this form.]

Plaintiff's Breach of Contract Damages

14. What are Plaintiff's damages?

$ 2,000.00.

[If you answered question 14, stop here, and have the presiding juror sign and date this form.]

Signed: __Redacted__

Presiding Juror

Dated: 08/14/23