FILED
CLERK, U.S. DISTRICT COURT

8/14/23

CENTRAL DISTRICT OF CALIFORNIA
BY: SE DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eric Podwall,<br><br>PLAINTIFF(S)<br>v.<br>William Smokey Robinson, Jr.,<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 16-6088-ODW(AGR)<br><br>**JUDGMENT ON THE VERDICT<br>FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable OTIS D. WRIGHT, II District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Eric Podwall

recover of the defendant(s):

William Smokey Robinson, Jr.

the sum of 2,000.00 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of to be determined upon the filing of a properly noticed bill of costs,

Clerk, U. S. District Court

Dated: August 14, 2023

By S. English
Deputy Clerk

At: 6:00 pm

cc: *Counsel of record*